**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CORDERO OUTLAW** | : | **No.   24-429** |

## O R D E R

**AND NOW**, this 16th day of April, 2026, it is hereby **ORDERED** that the following

Motions submitted *pro se* by Defendant Cordero Outlaw, who is presently represented by

counsel, are **DENIED WITHOUT PREJUDICE**:

1. Pro Se Memorandum of Law in Support of Defendant's Motion to Dismiss Indictment Pursuant To Rule 12(b)(3)(B) (ECF No. 49);

2. Pro Se Motion for Discovery Pursuant to Rule 16, Brady, And Giglio (ECF No. 50);

3. Pro Se Motion In Limine To Exclude Evidence Of Unrelated Sexual Contact (ECF No. 51);

4. Pro Se Motion In Limine To Preclude Prejudicial Terminology (ECF No. 52);

5. Pro Se Motion to Suppress Digital Evidence (ECF No. 53); and

6. Pro Se Omnibus Pretrial Motions to Dismiss, For Discovery, To Exclude Evidence, For Expert Funding, and to Suppress Evidence (ECF No. 54).

Counsel for Mr. Outlaw may re-file if counsel, in consultation with his client, determines to do

so.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge